UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
T. Park Central, LLC, et al.,      :
                                   :   21 cv 4346 (LAP)
                                   :
                    Plaintiff(s),  :
                                   :         ORDER
          -against-                :
Bluegreen Vacation Unlimited, Inc.,:
                                   :
                    Defendant(s).  :
                                   :
----------------------------------x

LORETTA A. PRESKA, Senior United States District Judge:

      Counsel shall confer and inform Judge Preska by letter no later than September 27, 2023 of the status of the action/remaining claims/defendants.

SO ORDERED.

                                                               _Loretta A. Preska_

                                                              LORETTA A. PRESKA,
                                                              Senior U.S.D.J.

Dated: 9/21/23
New York, New York